UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PEYTON HEMINGWAY, | Case No. 2:24-cv-00156-MMD-DJA |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAU, *et al.*, | |
| Respondents. | |

Respondents ask the Court for an extension of time to respond to Peyton Hemingway's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 21.) The Court finds that the request is made in good faith and not for the purposes of delay, and therefore, grants the motion to extend time.

Also before the Court is Petitioner's motion for leave to file an exhibit under seal. (ECF No. 20.) While there is a presumption favoring public access to judicial filings and documents, *see Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978), a party seeking to seal a judicial record may overcome the presumption by demonstrating "compelling reasons" that outweigh the public policies favoring disclosure, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (citations omitted). In general, "compelling reasons" exist where the records may be used for improper purposes. *See id*. at 1179 (citing *Nixon*, 435 U.S. at 598). Here, Petitioner asks to file his presentence investigation report ("PSI") under seal because it is confidential under state law. (ECF No. 20.) The Court has reviewed the PSI and concludes that Petitioner has demonstrated compelling reasons to file the PSI under seal. Accordingly, the motion to seal is granted, and the PSI will remain under seal.

///

///

It is therefore ordered that Respondents' unopposed motion for extension of time to file a response to the petition (ECF No. 21) is granted *nunc pro tunc*. The deadline to respond is extended to September 13, 2024.

It is further ordered that Petitioner's motion for leave to file an exhibit under seal (ECF No. 20) is granted. The document will remain under seal.

DATED THIS 19th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE