UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| PEYTON HEMINGWAY, | Case No. 2:24-cv-00156-MMD-DJA |
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAU, *et al.*, | |
| Respondents. | |

Petitioner Peyton Hemingway seeks an extension of time to file a motion to reopen. (ECF No. 38 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's first unopposed motion to extend (ECF No. 38) is granted. Petitioner has until July 22, 2026, to file a motion to reopen.

DATED THIS 17th Day of June, 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE